# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA ZARATE, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-00954 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 13) |

The parties report they had come to terms of settlement. (Doc. 13) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 23, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**February 21, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE